## DILLON *v.* DORNE.

APPEAL from the *Madison* Circuit Court.

*Per Curiam.*—The judgment, in this case, is affirmed, for the reasons given in *McMahon* v. *Morrison,* 16 Ind. 172, the questions arising in both cases being similar.

Judgment affirmed, with costs.

*John Brownlee,* for the appellant.

*M. S. Robinson,* for the appellee.